M.B.D.

John F. Sullivan   PRO SE

   Plaintiff

City of Boston

Boston City Corporation Council

Boston Water and Sewer Commission

Boston Neighborhood Development

Boston Inspectional Services Department

The Land Court of the Commonwealth of Massachusetts

   Defendants

Violation Fourth Amendment

Real estate Fraud

Mail fraud

Fraud on the court

Parties to the complaint

   Plaintiff

   John F. Sullivan

   83 Emerson Street

   South Boston Suffolk

   Ma. 02127-1415

   Defendants

   City of Boston

   1 City Hall Square

   Boston Suffolk

   Ma. 02201-1020

   (617) 635 4000

FILED IN CLERKS OFFICE 2019 JAN -8 PM 4: 11 U.S. DISTRICT COURT DISTRICT OF MASS.

Boston City Corporation Council

1 CITY HALL SQ, RM 615

Boston Suffolk

MA 02201-2019

(617) 635 4034

Boston Water and Sewer Commission

980 Harrison Ave.

Boston Suffolk

MA 02119

(617) 989-7000


Boston Neighborhood Development

26 Court St #9

Boston Suffolk

MA 02108

617) 635 3880


Boston Inspectional Services Department

1010 Massachusetts Ave

Boston Suffolk

MA 02118

617) 635 5300


The Land Court of the Commonwealth of Massachusetts

3 Pemberton Square

Boston Suffolk

MA 02108

617) 788-7470

Federal Question

The defendants have engaged in unlawful activities through various acts of fraud. These include fraud on the court, real estate fraud, fraud through United States postal Service, falsification of court records, in a separate and related case (1603cr000483) the criminal activities are ongoing.

I am seeking **"IMMEDIIATE EMERGENCY RELIEF"** in the form of a federal court order to cause all parties to cease and desist with all activities. I am also seeking relief to force the offending parties to allow the transfer the property of 83 Emerson Street as stated in article I of the last will and testament of the homicide victim Mary angelus Sullivan, Suffolk probate Court docket # o1p1934sup [formerly o1p1934ep1 (missing court file)]as well as monetary damages. I ask the courts not interfere or intervene with the ongoing case BMC 1603cr000483

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/8/2019

Signature of Plaintiff: John J. Sullivan
Printed Name of Plaintiff: John F. Sullivan

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____