UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

JOHN SULLIVAN,                  )
                                )
        Plaintiff,               )
                                )
        v.                       )     C.A. No. 19-10056-PBS
                                )
CITY OF BOSTON, et al.,          )
                                )
        Defendants.              )
                                )

## **ORDER**

Saris, C.J.

  For the reasons stated below, the Court orders that this action be dismissed without prejudice.

   In an order dated April 30, 2019 [ECF #4], the Court denied without prejudice the plaintiff's motion for leave to proceed in forma pauperis because he had not provided any information about his financial circumstances. The Court directed the plaintiff to file a renewed motion for leave to proceed in forma pauperis or pay the $400 filing fee. The Court also found that the complaint did not meet the pleading requirements of the Rules of Civil Procedure and directed the plaintiff to file an amended complaint. The Court stated that failure to comply with the order by June 4, 2019 would result in dismissal of the action.

The June 4, 2019 deadline has passed without any response from the plaintiff.  On May 28, 2019, the copy of the April 30, 2019 order that had been sent to the plaintiff was returned to the Court [ECF #5].  This document was sent to the plaintiff at the mailing address he had provided to the Court.  He has not provided a different address.

This Court's Local Rules require every pro se litigant to provide the Court with a current address and to notify the Court within fourteen days anytime that address changes.  See Local Rule 83.5.5(h) (D. Mass.).  Because the Clerk mailed the April 30, 2019 order to the plaintiff at the only address of record provided, the document is deemed served on him notwithstanding that it was returned as undeliverable.  See id.

Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's April 30, 2019 order.

SO ORDERED.

Dated:  June 11, 2019

/s/ Patti B. Saris
PATTI B. SARIS
CHIEF, U.S. DISTRICT JUDGE